*John Heath* v. *Garrett H. Stryker et al.* R. W. PECKHAM, for appellant; M. T. REYNOLDS, for respondent. Order appealed from reversed, and application for a receiver granted. Costs to abide the event.

*Benjamin Pond et al.* v. *Philip Bergh et al.* H. HAMILTON, for complainants; S. STEVENS and J. RHOADES, for defendants. Decree declaring the rights of the several parties, for the sale of the premises, and for a distribution of the proceeds after paying the taxable costs of all the parties out of such proceeds.

*Thomas Kirkpatrick* v. *James Gibbons et al.* H. B. WEBSTER and D. WRIGHT, for complainant; IRA HARRIS, for defendants. Application to let in defendant, T. J. Gibbons, to make a defence upon terms; denied with costs.

*Joseph Slocum* v. *Joseph P. Mosher et al.* D. L. SEYMOUR, for appellant; S. STEVENS, for respondent. Decree of the vice chancellor affirmed with costs.

*Rufus Sheldon* v. *Caleb B. Morgan.* H. SHELDON, for appellant; G. LAWRENCE, for respondent. Order appealed from affirmed with costs.